STATES MARINE & COMMERCIAL CO., INC., Appellant, v. INTERSTATE COAL AND DOCK COMPANY and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

JAMES GORE KING and Others, Respondents, v. W. McMASTER MILLS and Another, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

JAMES GORE KING and Others, Respondents, v. W. McMASTER MILLS, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

FRANK E. CHILDS CO., INC., Respondent, v. JAMES E. McGOLRICK, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements; the date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

TRIANGLE FILM CORPORATION, Appellant, Respondent, v. HARRY E. AITKEN, Impleaded with ROY E. AITKEN, Respondent, Appellant.— Order modified by restoring to the order for examination all of paragraph numbered III except the words " election and; " by restoring all of the 4th paragraph, and by striking out the 9th and 11th paragraphs thereof; and as so modified affirmed, without costs. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

MORRIS STEINHARDTER and Another, Appellants, v. HENRY FLUEGELMAN and Another, Copartners, etc., Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell.

SAMUEL DENEMARK, Respondent, v. LIVERPOOL AND LONDON AND GLOBE INSURANCE COMPANY, LTD., Appellant.— Order modified by striking out the words " such payment to abide the event; " and as so modified affirmed, with ten dollars costs and disbursements to appellant. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

MAX SCHMULSON, Respondent, v. LOUIS FRISCHLING, Appellant.— Order entered November 22, 1921, reversed, and order entered June 22, 1921, affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANGELO A. DE VITO, Appellant, v. HENRY D. SAYER, The Industrial Commissioner of the State Department of Labor, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

MARTHA E. GROPPER, Respondent, v. CHARLES GROPPER and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

BEVERLY L. WORDEN, Respondent, v. MYRON E. GILLETT and Another,